| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Blake J. Lindemann**<br>**Lindemann Law, PC**<br>**433 Camden Drive, 4th Floor**<br>**Beverly Hills, CA 90210**<br>310-279-5269 Fax: 310-300-0267<br>California State Bar Number: **255747**<br>**blake@lawbl.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor* | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>    **Derik John Hart,**<br>                                            Debtor(s). | CASE NO. **1:15-bk-13433-MB**<br><br>CHAPTER: **13**<br><br>**NOTICE OF SECTION 341(a) MEETING AND HEARING ON CONFIRMATION OF CHAPTER 13 PLAN  WITH COPY OF CHAPTER 13 PLAN**<br><br>**SECTION 341(a) MEETING OF CREDITORS:**<br>DATE: **12/16/15**<br>TIME: **9:00 a.m.**<br>HEARING ROOM: 21041 Burbank Blvd., Woodland Hills, CA 91367<br><br>**CONFIRMATION HEARING:**<br>DATE:  January 7, 2016<br>TIME:   10:00 a.m.<br>PLACE:  21041 Burbank Blvd. Woodland Hills, CA 91367<br>COURTROOM: **"303"**<br>FLOOR:    **3rd Floor**<br><br>**DEADLINE FOR OBJECTIONS TO PLAN\*:** December 24, 2015\*<br>(\*7 days before the Section 341(a) meeting) |

1. NOTICE IS HEREBY GIVEN to all creditors and other interested parties that on the above date and time and in the indicated courtroom, debtor will seek court approval of the attached Chapter 13 plan.

2. **Section 341(a) Meeting Location:**
   - ☐ 915 Wilshire Blvd, 10th Floor, Los Angeles        ☐ 411 West Fourth Street, Room 1-154, Santa Ana
   - ☑ 21051 Warner Center Lane, Suite 115, Woodland Hills        ☐ 128 East Carrillo Street, Santa Barbara
   - ☐ 3801 University Ave, Riverside

3. **Chapter 13 Plan Confirmation Hearing Location:**
   - ☐ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana
   - ☑ 21041 Burbank Boulevard, Woodland Hills        ☐ 1415 State Street, Santa Barbara
   - ☐ 3420 Twelfth Street, Riverside

4. **OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 13 plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the debtor, the attorney for the debtor, and the chapter 13 trustee before the deadline

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

set forth above. Unless you timely file a written objection to the plan and appear at the confirmation hearing, the court may treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan.

5. **APPEARANCE BY DEBTOR AND THE ATTORNEY FOR THE DEBTOR IS REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE CONFIRMATION HEARING.** If the chapter 13 trustee finds at the Section 341(a) meeting that the case is ready for confirmation, the trustee may, but is not required to, stipulate that the debtor and counsel are excused from appearance at the confirmation hearing (if the assigned judge permits the trustee to waive appearances). If the chapter 13 trustee finds at the Section 341(a) meeting that the case is NOT ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or the confirmation hearing to a later date. **Unexcused failure by the debtor to appear at either the Section 341(a) meeting or the confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g).**

Date: **December 15, 2015**

/s/ **Blake J. Lindemann**
Signature of Debtor or attorney for Debtor
**Lindemann Law, PC**
Print name of law firm (if applicable)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

January 2014                              Page 2                              **F 3015-1.02.NOTICE.341.CNFRM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**433 Camden Drive, 4th Floor**
**Beverly Hills, CA 90210**

A true and correct copy of the foregoing document entitled (*specify*):   **Notice of Section 341(A) Meeting And Hearing on Confirmation of Chapter 13 Plan with copy of Chapter 13 Plan**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 15, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **December 15, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 15, 2015** | **SJ Oh** | **SJ Oh** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

January 2014                                             Page 3                              **F 3015-1.02.NOTICE.341.CNFRM**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:15-bk-13433-MB<br>Central District of California<br>San Fernando Valley<br>Tue Dec 15 18:21:08 PST 2015 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 | Aurora Loan Services<br>Attn: Bankruptcy Dept.<br>2617 College Park<br>Scottsbluff, NE 69361-2294 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Blake J Lindemann<br>433 N Camden Dr 4th Fl<br>Beverly Hills, CA 90210-4408 | Derik Hart<br>19243 Santa Rita Street<br>Tarzana, CA 91356-3103 | Elizabeth (SV) F Rojas (TR)<br>Valley Executive Center<br>15260 Ventura Blvd., Suite 710<br>Sherman Oaks, CA 91403-5342 |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.