| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Blake J. Lindemann**<br>**Lindemann Law, PC**<br>**433 Camden Drive, 4th Floor**<br>**Beverly Hills, CA 90210**<br>**310-279-5269 Fax: 310-300-0267**<br>California State Bar Number: **255747**<br>**blake@lawbl.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s) Derik John Hart* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>**Derik John Hart**<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **1:15-bk-13433-MB**<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1. DEEDS OF TRUST [OR MORTGAGES]**<br>**2. LEASES ON PERSONAL PROPERTY;**<br>**3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*), **Derik John Hart**, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **October 14, 2015.**

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　Page 1　　　　　　　　　　**F 3015-1.4.DEC.PRECONF.PYMTS**

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| **19243 Santa Rita Street, Tarzana, CA 91356** | Name of Creditor (*printed*): **Aurora Loan Servicing** (*check one*) <br> ☑ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): _ | **$2,700.00** | **Nov. 1/ Late if not received by Nov. 15** | **November 15, 2015** |
| **19243 Santa Rita Street, Tarzana, CA 91356** | Name of Creditor (*printed*): **Aurora Loan Servicing** (*check one*) <br> ☑ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): _ | $2,700 | 11/1/ Late if not received by 11/15 | 11/15/15 |
| | Name of Creditor (*printed*): _ <br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): _ <br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): _ | | | |

---

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 2    **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*): ___ <br><br>(*check one*) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): ___ <br><br>(*check one*) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): ___ <br><br>(*check one*) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (*specify*): _ | | | |

6.   ☐ Continued on Attached Page.

7.   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   **December 15, 2015**                                        /s/ **Derik John Hart**
                                                                                          **Derik John Hart**
                                                                                          *Debtor*

---
[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        Page 3                                        **F 3015-1.4.DEC.PRECONF.PYMTS**