Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION ||
|---|---|
| IN RE<br><br>Derik Hart<br><br><br><br>DEBTOR | CHAPTER 13<br>CASE NO. SV15-13433-MB<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN; DECLARATION; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION<br><br>DATE/TIME: February 4, 2016  10:00 am<br>21041 Burbank Blvd.<br>Courtroom 303<br>Woodland Hills, CA  91367-1367 |

The Trustee objects to confirmation of the plan because all requirements for confirmation as set forth in Title 11 of the United States Code and the Rules have not been met.

The Trustee requests, should all requirements not be met, that confirmation of the plan be denied, the case be dismissed or converted to Chapter 7 and for such other relief as the Court may deem appropriate.

**THE FAILURE OF THE DEBTOR (OR THE ATTORNEY FOR THE DEBTOR) TO APPEAR AT THE CONFIRMATION HEARING, OR TO FULLY COMPLY WITH ALL REQUIREMENTS FOR PLAN CONFIRMATION, MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.**

DATED: December 16, 2015                                                                /s/  Elizabeth F. Rojas

**I, Elizabeth F. Rojas, declare as follows:**

1.  I am the Trustee in this matter, Derik Hart, SV15-13433-MB, and I have personal knowledge of files and records kept by my office in the regular course of business.  I have personally reviewed the files and records kept by my office in the within case.  The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2.  I object to confirmation of the proposed plan because of the deficiencies set forth in the attached which is incorporated herein by reference.  These deficiencies existed prior to or at the time of the 11 USC §341(a) meeting in this matter.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed at Sherman Oaks, California on December 16, 2015.         /s/  Elizabeth F. Rojas

I oppose plan confirmation because the **Debtor has failed to**:

☐ schedule debts within the limits of 11 USC §109(e); and therefore **ineligible**; and/or Debtor is not eligible to be a Chapter 13 Debtor as follows:

☒ **disclose** [11 USC §521, LBR 1017-1(b)]
  ☐ assets   ☐ creditors   ☐ income   ☒ prior case
  **- Not eligible for discharge**

☒ **serve all** creditors with notice and the Plan at least 28 days before the 11 USC §341(a) Meeting of Creditors, FRBPs 2002(b), 7004 and LBR 3015-1(b)(3);
  **- All creditors not served**
  **- Mandatory Notice of hearing, Form 3015-1.02, not filed or served**

☒ provide the Trustee **documentation of all income** (as well as any contributor's income) seven days before the §341(a) Meeting of Creditors. LBR 3015-1(c)(3), 11 USC § 521;
  **- What is debtor's profession/business?**
  - 2013 Tax Return
  - 2014 Tax Return
  - 2013 Tax Return - corporation/partnership
  - 2014 Tax Return - corporation/partnership
  - Short form business report
  - 2015 Year-to-Date Income/Expense
  - 2014 Year-to-Date Income/Expense
  - 6 months bank statements, complete for all accts: 4/15-9/15
  - Contribution declaration with evidence of income for contributor attached
  - Evidence of workmans compensation & liability insurance

☒ meet the **business reporting requirements** regarding Debtor's business or self-employment, LBR 3015-1(c)(4);
  - 2013 Tax Return
  - 2014 Tax Return
  - 2013 Tax Return - corporation/partnership
  - 2014 Tax Return - corporation/partnership
  - Short form business report
  - 2015 Year-to-Date Income/Expense
  - 2014 Year-to-Date Income/Expense
  - 6 months bank statements, complete for all accts: 4/15-9/15
  - Evidence of workmans compensation & liability insurance

☒ provide to the Trustee completed copies of the Federal and State **income tax returns**, 11 USC §§ 1308 and 521, LBR 3015-1(c)(3).
  - 2013 Tax Return
  - 2014 Tax Return
  - 2013 Tax Return - corporation/partnership
  - 2014 Tax Return - corporation/partnership

☒ propose a plan that is feasible 11 USC § 1325(a)(6); the plan is **infeasible** because

☐ certain claims are not included and/or the amount provided is insufficient

| Creditor | Acct # | Class | Claim | Plan | Notes |
|---|---|---|---|---|---|
| IRS | | 1/P | $102,047 | 35,000 | |

☐ income is not sufficient enough to fund it

☐ plan payment will not retire debt within term

☒ the plan does not propose treatment and/or properly treat all scheduled, priority and/or secured creditors; and/or plan deficiencies as follows:
 - **Amend class 1 to state name of entity instead of Treasurer and Tax collector**
 - **Creditors improperly classified: Aurora should be in class 2 not ; No attorney fees included in plan (paid in full??)**

☒ propose a plan that represents the Debtor's **best effort** 11 USC §1322; 11 USC §1325

  ☒ unreasonable and/or unnecessary expenses are scheduled
   - **Provide evidence of the following expenses: $1,400 payment on Tennessee home --[Note: no secured creditors/encumberances listed on Schedules D or A; is real property paid in full?]**
   - **Provide evidence of payments made for private school/childcare: $600**
  ☐ the budget surplus exceeds the monthly plan payment
  ☒ comply with the Means Test as required by the Code, In re Kagenveama, 541 F3d 868, and/or In re Lanning, 1330 S.Ct.2464
   - **Not clear whether applies: error: household size should be 5 not 7**
   - **Provide evidence of income for the period: 4/15-9/15 including bank statements**

☒ propose a plan that provides creditors as much as would be received under **Chapter 7** 11 USC §1325(a)(4).
 - **Provide fair market value of real propertyand evidence of part ownership with mother: 5337 Green Valley Ct, Nashville, TN**
 - **Fair market value of real property greater than scheduled value19243 Santa Rita St/residence: $1,212,968 FMV vs. $900k scheduled value [$85,931 equity, no-exemption claimed; some b(5) available]- provide evidence of FMV**
**5337 Green Valley Ct, Nashville, TN: $500,549 FMV vs. $300k scheduled value [no encumberances listed and no-exemption claimed]- provide evidence of FMV and evidence of part ownership with mother --Plan should pay 100%**
 - **Provide fair market value of business: debtor states self-employed, but no operating business disclosed on Schedule B; debtor to amend to disclose business and value, and file declaration with Court explaining how valued with evidence**
 - **Chapter 7 distribution would be greater than plan percent$500,549 equity in 5337 Green Valley Ct, Nashville, TN (not exempt) +equity in residence**

☒ other issues as stated below:
 - **Trustee to request interlineations that all tax returns be submitted to the Trustee; all tax refunds to be submitted into the plan and the Debtor will not incur debt greater than $500 without Court permission.**
 - **Amend Schedules B and C to disclose business value**
 - **Domestic support declaration/4 year tax declaration not filed**
 - **Amend Schedule I to disclose employment status for spouse**
 - **Provide copy of car notes with payoff date: Santander**
 - **Amend Schedule F to list consideration for each claim and date claim was incurred**
 - **Debtor support adult children/parents**
 - **Amend SFA #18 for business/self employment information w/begin and end dates**

- **Does debtor's husband/wife work/have income or looking for work?**
- **Amend SFA #16 for spouse/former spouse**
- **Provide schedule D to Trustee w/ complete account #s**

# PROOF OF SERVICE

In Re:  Derik Hart
Case No. SV15-13433-MB

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403

The foregoing document described as **TRUSTEE'S OBJECTION TO CONFIRMATION; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION** will be served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

On December 16, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitues a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Derik Hart
19243 Santa Rita Street
Tarzana, CA  91356

Blake Lindemann
433 N Camden Dr 4th Fl
Beverly Hills, CA  90210

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 16, 2015                                              /s/  Roderick Mathieson