Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br>   Derik Hart<br>   19243 Santa Rita Street<br>   Tarzana, CA  91356<br><br>              DEBTOR | CHAPTER 13<br>CASE NO. SV15-13433-MB<br><br>**NOTICE OF RESCHEDULED FIRST**<br>**MEETING OF CREDITORS**<br><br>DATE:    January 13, 2016<br>TIME:     9:00 am<br>PLACE:  21041 Burbank Blvd.<br>            Suite 100<br>            Woodland Hills, CA 91367 |

PLEASE TAKE NOTICE THAT at the time and place listed above the following will be held:

**341(A) MEETING OF CREDITORS**

DATED:  December 17, 2015

*Elizabeth F Rojas*
_____
Elizabeth F. Rojas
Chapter 13 Standing Trustee

<u>PROOF OF SERVICE</u>

 I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, and that on <u>December 17, 2015</u> electronic copies were filed with the US Bankruptcy Court Central District of California and mailed copies were served to:

| | |
|---|---|
| Derik Hart | Blake Lindemann |
| 19243 Santa Rita Street | 433 N Camden Dr 4th Fl |
| Tarzana, CA  91356 | Beverly Hills, CA  90210 |

Executed at Sherman Oaks California on December 17, 2015